IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANA SAMPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-371-TFM-MU |
| | ) |
| DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On January 6, 2023, the Magistrate Judge entered a Report and Recommendation which recommended the Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. XX, filed XXX) be granted.  *See* Doc. 39.  Plaintiff requested a received an extension to file objections.  *See* Docs. 40, 41.  However, to date no objections have been filed and the deadline passed on February 8, 2023.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that *the Motion to Compel Arbitration and Stay Proceedings* (Doc. 27, filed 6/30/22) is **GRANTED**.

These proceedings are hereby **STAYED** pending resolution of these claims by arbitration.  Pursuant to the terms of the employment agreement, the claims brought by Plaintiff against the Defendant are referred to arbitration in accordance with the Employment Arbitration Rules of the American Arbitration Association.

The Clerk of Court is **DIRECTED** to place this case on the administratively closed docket pending resolution by arbitration.  The parties are further **ORDERED** to file with the Court a

notice within seven (7) days of the completion of arbitration.

    **DONE** and **ORDERED** this 24th day of February, 2023.

                                              /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES DISTRICT JUDGE